No. 64045.—Perry Bayliss Wiley (USA), Inc. *v.* United States, protest 59/1852 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of bicycle tires the same in all material respects as the automobile tires the subject of *A. N. Deringer, Inc.* v. *United States* (38 Cust. Ct. 327, C.D. 1882), the claim of the plaintiff was sustained.

No. 64046.—Frederik Lunning, Inc. *v.* United States, protest 59/27610 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of vases in mineral colors similar in all material respects to those the subject of Abstract 62694, the claim of the plaintiff was sustained.